## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHEILA SMITH**                                                    **PLAINTIFF**

**v.**                                **No. 4:23-cv-853-DPM**

**AMOSI ALLTEL, Phones**                                **DEFENDANT**

### ORDER

This case is closely related to other cases recently filed in the Eastern District of Arkansas, *Smith v. Johnson Johnson*, Case No. 4:23-cv-762-BRW (E.D. Ark. 17 August 2023); *Smith v. Diocese of Russia*, Case No. 4:23-cv-767-JM (E.D. Ark. 18 August 2023); *Smith v. Government of Americ and Commerce*, Case No. 4:23-cv-804-BRW (E.D. Ark. 30 August 2023); *Smith v. Hollywood*, Case No. 4:23-cv-805-JM (E.D. Ark. 30 August 2023); *Smith v. Hawaii Industry Added Commerce*, Case No. 4:23-cv-849-BRW (E.D. Ark. 12 September 2023); *Smith v. Amosi Munn Conversery*, Case No. 4:23-cv-850-BRW (E.D. Ark. 12 September 2023); and *Smith v. Amosi Herschend Entertainment*, Case No. 4:23-cv-851-BRW (E.D. Ark. 13 September 2023). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to United States District Judge Billy Roy Wilson, Jr.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_21 September 2023_